IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _4:23-cv-39_____ |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Bergelectric Corp., Defendant in the cause styled "Jose Rodriguez v. Bergelectric Corp.," originally pending as Cause No. 23-03-24683-CVR in the 143rd District Court of Reeves Texas" and, pursuant to the terms and provisions of 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of the cause to the United States District Court for the Western District of Texas, Waco Division.

## I.

This Notice of Removal is filed on the basis of diversity of citizenship. Plaintiff Jose Rodriguez filed his Original Petition in the 143rd Judicial District Court of Reeves County, Texas on March 8, 2023. On September 12, 2023,[1] Plaintiff served his Answers and Objections to Defendant's Requests for Admission to Plaintiff.[2] In his answers, Plaintiff admits he was a citizen

---

[1] *See* Certificate of Written Discovery, attached hereto as Exhibit "A."
[2] Plaintiff's Answers and Objections to Defendant's Requests for Admission to Plaintiff are attached hereto as Exhibit "B."

and permanent resident of Texas at the time he filed this lawsuit, and is currently a citizen and permanent resident of Texas.  Exhibit B, Nos. 3-5, 9-11.

## II.

Plaintiff Jose Rodriguez is an individual who was at the time of the initial filing of this action and has been ever since, a resident and citizen of the State of Texas.

## III.

Defendant Bergelectric Corp. in this cause at all times was and is now a citizen of a state other than the State of Texas.  Bergelectric Corp., at the time of the initial filing of this action and ever since, has been a corporation duly incorporated and organized under the laws of the State of California, having its principal place of business in the State of California.  Thus, complete diversity between Plaintiff Jose Rodriguez and Defendant Bergelectric Corp. exists.

## IV.

This removal is timely because it is filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  28 U.S.C. § 1446(b).  As referenced above, Plaintiff served his Answers and Objections to Defendant's Requests for Admission to Plaintiff (indicating his Texas residency and citizenship) on September 12, 2023.  Accordingly, this removal is timely because it is made within thirty (30) days after the receipt by Defendant of the paper which first demonstrated the case was removable.  Further, more than one year has not passed since the commencement of the action in state court. 28 U.S.C. § 1446(b).

## V.

There is complete diversity of citizenship between Plaintiff Jose Rodriguez and Defendant Bergelectric Corp. in this matter, and there is no defendant that is a citizen of the State in which

the action was brought.  Further, in his Original Petition, Plaintiff Jose Rodriguez seeks to recover damages exceeding $75,000, exclusive of interest and costs, for which Plaintiff alleges Defendant is liable.  The present suit is an action over which the United States District Court for the Western District of Texas, Waco Division, has jurisdiction because of diversity of citizenship.

## VI.

Plaintiff's action is one of a civil nature based upon a claim of negligence.  Plaintiff, in his Original Petition, seeks to recover damages in excess of $75,000 for which Plaintiff alleges Defendant is liable.

## VII.

Defendant would show that it has filed with the Clerk of the 143rd Judicial District Court of Reeves County, Texas, a true copy of this Notice of Removal simultaneously with the filing hereof in this Court.

## VIII.

Certified copies of all process, pleadings and orders, as well as the docket sheet and index of all pleadings relating to this case and previously filed with the 143rd Judicial District Court of Reeves County, Texas are attached hereto as Exhibit "C" for the Court's reference.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Bergelectric Corp. respectfully prays that this case be removed to the United States District Court for the Western District of Texas, Waco Division.

Respectfully submitted,

HARTLINE BARGER LLP

By: */s/ Angela S. Gordon*
    Angela S. Gordon
    State Bar No. 24027333
    141 E. Palace Ave., Suite 100
    Albuquerque, NM 87501
    (505) 336-5300
    agordon@hartlinebarger.com
    *Attorneys for Defendant Bergelectric, Corp.*

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached was duly served upon each party by Electronic Mail and the ECF System for filing and transmittal of a Notice of Electronic Filing pursuant to the Federal Rules of Civil Procedure on this 12th day of October, 2023.


Rahul Malhorta, Esq
191202 US Highway 281 North, Ste. 324
San Antonio, TX 78258
rahul@krwlawyers.com
arlette@krwlawyers.com
*Attorney for Plaintiff*


HARTLINE BARGER LLP

*/s/ Angela S. Gordon*
Angela S. Gordon

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

CERTIFICATE OF WRITTEN DISCOVERY

1. Plaintiff's Answers and Objections to Defendant's Request for Admissions

Respectfully submitted,

KRW LAWYERS
19122 US Hwy 281, N. Suite 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8372
*rahul@krwlawyers.com*
*arlette@krwlawyers.com*

By:_____
Rahul Malhotra
State Bar No. 00797781
ATTORNEYS FOR PLAINTIFF

**Exhibit A**

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record on party in accordance with the *Texas Rules of Civil Procedure* on the 12th day of September, 2023.

*Via E-Filing:*
**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79950-1977
Phone:   (915) 532-2000
Telefax: (915) 541-1597
Email:  green@mgmsg.com
Email:  rbenavides@mgmsg.com
*Attorneys for Defendant*

_____
**RAHUL MALHOTRA**
**ATTORNEY FOR PLAINTIFF**

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF**

TO:    Defendant, BERGELETRIC CORP., by and through its attorneys of record, Mr. Raymond Benavides, III and Mr. Carl H. Green, MOUNCE, GREEN MYERS, SAFI, PAXON, & GALATZAN, PO Box Drawer 1977, El Paso, Texas 79950-1977; RBenvaides@mgmsg.com; green@mgmsg.com

Pursuant to *Texas Rules of Civil Procedure* 192, 193, and 197, **JOSE RODRIGUEZ**, Plaintiff in this case, makes the following *Answers and Objections to Defendants' Request for Admission*. These responses are subject to objections with regard to relevancy, admissibility, and without waiving such objections.

Respectfully submitted,

**KRW LAWYERS**
19122 US HIGHWAY 281 N, SUITE 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8372
*rahul@krwlawyers.com*
*arlette@krwlawyers.com*

BY:    ***/s/Rahul Malhotra,***
Rahul Malhotra
Texas Bar No. 00797781
ATTORNEY FOR PLAINTIFF

**Exhibit B**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record on party in accordance with the *Texas Rules of Civil Procedure* on the 11TH day of August, 2023.

***E/File & E/serve:***
MOUNCE GREEN MEYERS SAFI
PAXSON & GALATZAN
P.O. Box 1977
El Paso, Texas
Email: RBenavides@MMSG.com
Email: Green@MGMSG.com

_____
Rahul Malhotra
Attorney for Plaintiff

## DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF

**REQUEST FOR ADMISSION NO. 1:**  Admit that you are seeking monetary relief of more than $75,000.00, excluding interest and costs.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 2:**  Admit that you are not seeking monetary relief of more than $75,000.00, excluding interest and costs.

**RESPONSE:  Deny.**

**REQUEST FOR ADMISSION NO. 3:**  Admit that you were a citizen of Texas at the time you filed this lawsuit.

**RESPONSE: Admit**

**REQUEST FOR ADMISSION NO. 4:**  Admit that your permanent home was in Texas at the time that you filed this lawsuit.

**RESPONSE: Admit**

**REQUEST FOR ADMISSION NO. 5:**  Admit that the place where you lived in Texas, at the time you filed this lawsuit, was where you intended to return when you were away.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 6:**  Admit that your location of employment, if any, was in Texas at the time you filed this lawsuit. You do not have to respond to this Request if you were unemployed at the time, you filed this lawsuit.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 7:**  Admit that you had a Texas driver's license at the time you filed this lawsuit.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 8:**  Admit that you were registered to vote in Texas at the time you filed this lawsuit.

**RESPONSE: Deny.**

**REQUEST FOR ADMISSION NO. 9:**  Admit that you are a citizen of Texas.

**RESPONSE: Admit**

**REQUEST FOR ADMISSION NO. 10:**  Admit that your permanent home is in Texas.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 11:**  Admit that the place where you live in Texas is where you intend to return when you are away.

**RESPONSE: Admit.**

**REQUEST FOR ADMISSION NO. 12:**  Admit that your location of employment, if any, is in Texas. You do not have to respond to this Request if you are not employed.

**RESPONSE: Plaintiff is currently unemployed.**

**REQUEST FOR ADMISSION NO. 13:**  Admit that you have a Texas driver's license.

**RESPONSE: Admit.**

**<u>REQUEST FOR ADMISSION NO. 14</u>:** Admit that you are registered to vote in Texas.

**RESPONSE: Deny.**

3/8/2023 3:16 pm
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| v. | § | 143 RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP. | § | REEVES COUNTY, TEXAS |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE RODRIGUEZ ("Plaintiff") complaining of BERGELECTRIC CORP., ("Defendant") and for cause of action respectfully shows the Court the following:

### I.   RULE 190.3 DISCOVERY STATEMENT

Pursuant to *Texas Rule of Civil Procedure* 190.4, Plaintiff gives notice that discovery is to be conducted under Level 3.

### II.   PARTIES

Plaintiff is a resident of Presidio, Presidio County, Texas. The last three digits of his driver's license number are 221. The last three digits of his Social Security number are 186.

Defendant **BERGELECTRIC CORP.** is a foreign for-profit corporation organized under the Laws of the State of California, registered to conduct business in the State of Texas with the Texas Secretary of State, and engaging in business in the State of Texas. It may be served with process by the clerk of the court by certified mail, return receipt requested by serving its attorney: **Benjamin Trachtman, 19732 MacArthur Boulevard, Suite 100, Irvine, California 92612**.

### III.   MISNOMER/ALTER EGO

In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification," "misnomer," or such parties are "alter egos" of parties named. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**Exhibit C**

## IV. VENUE

According to *Texas Civil Practices and Remedies Code* § 15.002(a)(1), venue of this lawsuit is proper in Pecos, Reeves County, Texas in that all or a substantial part of the events or omissions giving rise to this cause.

## V. FACTS

Defendant, at the time of the incident, owned, operated, managed, and maintained equipment at Reeves County Memorial Hospital, located at 2323 Texas Street, Pecos, Texas (generally, the **"Premises"**).  On June 9, 2021, Plaintiff was a plumber employed by Rock City Mechanical at the Premises.  On the date in question, Plaintiff used a ladder owned by Defendant and provide to him by the same to conduct plumbing work at an area near the ceiling. While Plaintiff was on the 5th step of the ladder, it collapsed, causing Plaintiff to fall to the concrete floor. The ladder in question was in an unreasonably dangerous condition as it was structurally unsound.   As a result of his fall, Plaintiff suffered injuries and damages more specifically described below.

## VI. CAUSES OF ACTION

On the occasion in question, the Defendant, acting through its duly authorized agents, servants, or employees, committed acts and/or omissions which constitute negligence in at least the following ways:

1.    In failing to inspect the ladder in question, in order to discover the unreasonably dangerous condition created by its condition;

2.    In failing to maintain the ladder in question in a reasonably safe condition;

3.    In failing to give adequate and understandable warnings to the Plaintiff of the unreasonably dangerous condition of the ladder in question; and

4.    In failing to correct the unreasonable dangerous condition of the ladder in question.

Each and all of the above and foregoing acts, both of commission and omission, singularly or in combination with others, constitute negligence, which proximately caused the incident made the basis of this suit, and the injuries and damages suffered by Plaintiff.

## VII.    DAMAGES

Plaintiff would show as a  proximate cause of the acts or omissions committed by Defendant, Plaintiff is entitled to recover at least the following legal damages:

1.    Medical, hospital, and pharmaceutical expenses incurred in the past;

---



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

2.  Medical, hospital, and pharmaceutical expenses, which in all reasonable probability will be incurred in the future;

3.  Physical pain and suffering in the past;

4.  Physical pain and suffering, which in all reasonable probability will be suffered in the future;

5.  Mental anguish suffered in the past;

6.  Mental anguish, which in all reasonable probability will be suffered in the future;

7.  Physical impairment in the past;

8.  Physical impairment, which in all reasonable probability will be suffered in the future;

9.  Disfigurement in the past; and

10. Disfigurement which, in all reasonable probability will be suffered in the future.

11. Lost wages incurred in the past; and

12. Lost wage-earning capacity the Plaintiffs will sustained in the future.

Based on the above-enumerated damages, Plaintiff pleads for actual damages in an amount the jury deems reasonable under the circumstances, which exceed the minimum jurisdictional limits of the Court.

## VIII.    PRE-EXISTING INJURY

In the alternative, if it be shown Plaintiff suffered from any pre-existing injury, disease, or condition at the time of the incident made the basis of the lawsuit, then such injury, disease, or condition was aggravated or exacerbated by the negligence of Defendant.

## IX. SUBSEQUENT INJURY

In the alternative, if it be shown Plaintiff suffered from any subsequent injury, disease, or condition, then such injury, disease, or condition aggravated or exacerbated the injuries, diseases, or conditions proximately caused by the negligence of the Defendant.

## X. JURY DEMAND

Plaintiff demands trial by jury.

## XI. RULE 47 STATEMENT

Under *Texas Rule of Civil Procedure* 47, at this time, the total monetary damages sought by Plaintiff are over $200,000.00 but not more than $1,000,000.00.

## XII.    U.S. LIFE TABLES

---

*Jose Rodriguez v. Bergelectric Corp.—P's Orig. Pet.*                              Page 3



True and correct copy of original Filed in the Reeves County District Clerks Office

Notice is hereby given to Defendant that Plaintiff intends to use the U.S. Life Tables as published by the Department of Health and Human Services in the trial of this matter.

## XIII.    REQUEST FOR DISCLOSURE

Under *Texas Rule of Civil Procedure* 194, Plaintiff requests Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2. and amended Rule 195.(2) regarding testifying experts.

## XIV.    PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays Defendant be cited to appear and answer and upon a final hearing, a Judgment be rendered for Plaintiff against Defendant in an amount that exceeds the jurisdictional limits of this Court, as set forth herein, but of course defers to an amount the jury deems reasonable under the circumstances; along with costs of court, pre-judgment interest, post-judgment interest, and such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**KRW LAWYERS**
19122 US HWY 281 North, Ste. 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8371
Email: Rahul@KRWLawyers.com
Email: Arlette@KRWLawyers.com

By:  **/s/ Rahul Malhotra,**
    RAHUL MALHOTRA
    Texas Bar No. 00797781
    **ATTORNEYS FOR PLAINTIFF**



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

---



3-28-23 FILED 11:00Am
JULIA PEREZ, CLERK DISTRICT COURT
REEVES COUNTY, TEXAS
BY: _____ DEP:

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO:   **BERGELECTRIC CORP.**
      **19732 MACARTHUR BOULEVARD, STE. 100**
      **IRVINE, CA 92612**

Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's ORIGINAL PETITION** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 143RD DISTRICT COURT of Reeves County, Texas at the Courthouse of said County in Pecos, Texas.
Said Plaintiff's Petition was filed in said court by RAHUL MALHOTRA, (attorney for Plaintiff or Plaintiff), whose address is 319 N. GRANT, ODESSA, TX 79761, on the 8th day of March, 2023 in this case, numbered **23-03-24683-CVR** on the docket of said court, and styled,

> ### *JOSE RODRIGUEZ*
> ### *VS.*
> ### *BERGELECTRIC CORP.*

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Pecos, Texas on 16th day of March, 2023.

ATTEST: JULIA PEREZ, DISTRICT CLERK
143RD DISTRICT COURT
REEVES COUNTY, TEXAS

BY: _____
MISTY THOMAS, DEPUTY

CITATION BY MAIL



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**ATTACH RETURN RECEIPTS
WITH ADDRESSEE'S SIGNATURE**

Rule 106(a)(2) the citation shall be
served by mailing to the Defendant
**BERGELECTRIC CORP.** by Certified
Mail # *7021 2720 0002 7816 2007*
Return Receipt Requested, a true copy of
the Citation **ORIGINAL PETITION**

Sec. 17.027 Rules of Civil Practices and
Remedies Code if prepared by Clerk of
Court.

**CERTIFICATE OF DELIVERY
BY MAIL**

I hereby certify that on the 16th day of
March, 2023 at *4* o'clock *P*.M., I mailed to

**BERGELECTRIC CORP.,**
19732 MACARTHUR BOULEVARD, STE.
100,
IRVINE, CA 92612

Defendant(s) by registered mail, with
delivery restricted to Addressee Only, Return
Receipt Requested, at the address stated
above, a true copy of this citation with a copy
of the Petition attached thereto.

JULIA PEREZ
DISTRICT CLERK
REEVES COUNTY, TEXAS
143RD DISTRICT COURT
PO BOX 848
PECOS, TX 79772

BY: _____
MISTY THOMAS, DEPUTY



True and correct
copy of original
Filed in the Reeves
County District Clerks



KNOWLEDGEABLE | RESPECTED | WORTHY

| Bruce Brown AL, LA, MI | Rahul Malhotra TX, ONT Canada | Seth M. Tatom TX |
| Joshua S. Hatley TX | Nicholas R. Morales TX | Ryan A. Todd TX, DC |
| David Kelner NY, NJ PA | Robert F. Mulhearn III LA | Luis Vasquez TX |
| Douglas D. Ketterman† TX | Kyle Strange MS, TX | R. Scott Westlund TX |
| Matthew D. Ketterman TX | | |

**3/8/2023 3:16 pm**

† Board Certified - Personal Injury Trial Law: Texas Board of Legal Specialization

23-03-24683-CVR

Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

March 8, 2023

Reeves County District Clerk
Civil Department
PO Box 848
Pecos, Texas 79772

RE:    Cause No:_____; Jose Rodriguez v Bergelectric Corp.; In the ___ Judicial District
Court of Reeves County, Texas

Dear District Clerk:

Please see attached Plaintiff's Original Petition to be filed amongst the documents of the Court.

Furthermore, we have purchased 1 citation for service to be filed by the Clerk of the Court by
certified mail and return receipt.

Should you have any questions, please let us know.

Sincerely,

Arlette Garcia
Senior Litigation Paralegal
Arlette@KRWLawyers.com
Direct: 432-661-0373





True and correct
copy of original
Filed in the Reeves
County District Clerks Office

19122 U.S. Hwy 281 N., #324 | San Antonio, TX 78258 | T: (210) 490-4357 | F: (210) 490-8372

Abilene • Austin • Baton Rouge • Beaumont • Houston • Lafayette • Lake LBJ • Midland • New Orleans • Odessa • Philadelphia • San Antonio • Toronto

KRWLAWYERS.COM



**KNOWLEDGEABLE | RESPECTED | WORTHY**

| | | |
|---|---|---|
| Bruce Brown AL, LA, MS | Rahul Malhotra TX, ONT Canada | Seth M. Tatom TX |
| Joshua S. Hatley TX | Nicholas R. Morales TX | Ryan A. Todd TX, DC |
| David Kelner NY, NJ PA | Robert F. Mulhearn III LA | Luis Vasquez TX |
| Douglas D. Ketterman♦ TX | Kyle Strange MS, TX | R. Scott Westlund TX |
| Matthew D. Ketterman TX | | |

♦ *Board Certified - Personal Injury Trial Law Texas Board of Legal Specialization*



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

19122 U.S. Hwy 281 N., #324  |  San Antonio, TX 78258  |  T: (210) 490-4357  |  F: (210) 490-8372

Abilene • Austin • Baton Rouge • Beaumont • Houston • Lafayette • Lake LBJ • Midland • New Orleans • Odessa • Philadelphia • San Antonio • Toronto

KRWLAWYERS.COM

3/27/2023 9:24 am
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

## <u>DEFENDANT'S ORIGINAL ANSWER</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Defendant, BERGELECTRIC CORP., and files this its Original Answer in reply to Plaintiff's Original Petition, and for answer says:

I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a General Denial Answer and places the matters in issue.

II.

Defendant reserves the right to amend this answer, if necessary.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays the Court that it be allowed to go hence without day and with its costs.



True and correct copy of original Filed in the Reeves County District Clerks Office

1

10449-407/CGRE/1732252

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas 79950-1977
Phone: (915) 532-2000
Telefax: (915) 541-1597
Email: green@mgmsg.com
Email: rbenavides@mgmsg.com



By: _____
Carl H. Green
State Bar No. 08347330
Raymond Benavides, III
State Bar No. 00796192

Attorneys for Defendant

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, Raymond Benavides, III, certify that on this 27th day of March, 2023, a true and correct copy of the foregoing document filed electronically with the Clerk of the Court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The following parties or attorney(s) are served with the foregoing document:

rahul@krwlawyers.com
arlette@krwlawyers.com
Rahul Malhotra, Esq.
Attorneys for Plaintiff
19122 US Highway 281 North, Suite 324
San Antonio, Texas 78258



_____
Raymond Benavides, III



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

10449-407/CGRE/1732252

4/26/2023 11:42 am

Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO.23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
|       *Plaintiff,* | § | |
| V. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP. | § | REEVES COUNTY, TEXAS |
|       *Defendant.* | § | |

---

### PLAINTIFF'S INITIAL REQUIRED DISCLOSURES

---

**TO:** **BERGELECTRIC CORP**, Defendant by and through its Attorneys of record, MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN, Carl Green, Raymond Benavides, III, PO Drawer 1977, El Paso, Tx 79950-1977, Green@mgmsg.com rbenavides@mgmsg.com

Pursuant to Rule 194 of the *Texas Rules of Civil Procedure*, Jose Rodriguez, Plaintiff,

makes the following *Initial Required Disclosures*.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND
19122 US Hwy 281, N. Suite 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8372
*rahul@krwlawyers.com*
*arlette@krwlawyers.com*

BY:     ***/s/ Rahul Malhotra***
        Rahul Malhotra
        Texas Bar No. 00797781
        ATTORNEYS FOR PLAINTIFF

True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above was served on each attorney of record on party in accordance with the *Texas Rules of Civil Procedure* on the 26th day of April, 2023.

*Via E/File & E/Serve:*
MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN
Carl Green,
Raymond Benavides, III,
P. O. Drawer 1977
El Paso, Texas 79950-1977
Email: Green@mgmsg.com
Email: rbenavides@mgmsg.com
*Counsel for Defendant Bergelectric Corp.*

/s/Rahul Malhotra,
RAHUL MALHOTRA
Attorneys at Law



True and correct copy of original Filed in the Reeves County District Clerks Office

## PLAINTIFF'S INITIAL DISCLOSURES

(1):     State the correct name of the Plaintiff.

**RESPONSE:**          **Jose Rodriguez, Plaintiff**
                      **Bergelectric Corp., Defendant**

(2):     State the name, address, and telephone number of any potential parties to the lawsuit that have not yet been made a party to said suit.

**RESPONSE:**          **None at this time.**

(3):     Set forth the Plaintiff's legal theories and in general, the factual basis of the Plaintiff's claims.

RESPONSE:          **See Plaintiff's Original Petition and all amendments thereto.**

(4):     State the amount and any method utilized in calculating the Plaintiff's economic damages.

**RESPONSE: MEDICAL, TO DATE:**          **$ 46,151.13 , and accruing.**

              **LOST WAGES, TO DATE:**          **$116,480.00, to date.**

              **Calculations as follows;**
              **Dates lost 12/17/2021 to present**
              **AWW: $1,820.00 x 64 = $116,480.00**

5):     State the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

**RESPONSE:**

**Jose Rodriguez**
**c/o Rahul Malhotra**
**KRW LAWYERS**
**19122 US Hwy 281 N. Ste. 324**
**San Antonio, Texas 78258**
**T: 210-490-4358| F: 210-490-8371**

**Defendant Diamondback E&P, LLC**
**Employees, agents and/or servants**
**c/o Carl Green,**
**Raymond Benavides, III**
**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

P. O. Drawer 1977
El Paso, Texas 79950-1977

Myra Perez
PO Box 1976
Presidio Tx 79845
*Plaintiff's spouse. She will testify as to the pain, suffering, mental anguish, and problems suffered by the Plaintiff as a result of the incident in question, and the effect thereof upon their relationship.*

Anesthesia Medical Group
*Custodian of Records
4519 N. Garfield, Ste. 15
Midland, Texas 79705
T: 432.699.0306

Big Bend Regional Medical Center
*Custodian of Records
2600 Highway 118 North
Alpine, Texas 79830-2002
432.837.3447

Sun City Orthopedic & Hand Surgery Specialists
*Custodian of Records
820 E. Redd Rd. Bldg. B
El Paso, Texas 79912
915.581.0712

Texas Surgical Center
*Custodian of Records
5609 Deauville Blvd
Midland, Texas 79706-2870
432.699.4224

West Texas Imaging Center
*Custodian of Records
320 N. Muskingum
Odessa, Texas 79761
432.580.054

Urgent Orthopedic Specialists
*Custodian of Records
4304 Andrews Highway
Midland Texas 79703
T: 432.520.3020



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**NOVA Medical**
**\*Custodian of Records**
**500 E 4th Stret**
**Odessa, Texas 79761**
**432.279.1401**

**Further, see all persons with relevant knowledge identified by the Defendant in this cause and all persons identified in deposition testimony and any documents exchanged in discovery or otherwise. As to these individuals' connection with this case, please refer to the relevant depositions, discovery responses, and to the documents produced or to be produced. Plaintiff reserves the right to call the individuals to testify at the trial of this matter.**

(6): A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;

*Documents provided via link:* <u>Disclosures</u>

**Rock City Mechanical Co., LLC –Plaintiff's pay stubs**

**Amerisure Insurance Company (WC) - Explanation of Benefits**

**4 Photos – Plaintiff**

**2 photos – scene**

**3 photos – Berg Electric ladder**

**Anesthesia Medical Group - bill**

**Big Bend Regional Medical Center – medical records and billing**

**IWP – bill**

**NOVA Medical Center  – medical records and billing**

**Sun City Orthopedic & Hand Surgery Specialists – medical records and billing**

**Texas Surgical Center – medical records and billing**

**Urgent Orthopedic Specialists – medical records and billing**

**West Texas Imaging Center – medical records and billing**

**Amerisure WC Lien – Itemization of subrogation lien to date.**

*Rodriguez v Bergelectric* - P's Required Disclosures   5



True and correct copy of original Filed in the Reeves County District Clerks Office

(7):    A copy of any indemnity or insuring agreements under which the Plaintiff may recover.

**RESPONSE:        None.**

(8):    A copy of all settlement agreements that the Plaintiff has reached with any person, party, or insurance carrier pertaining to the incident made basis of this suit.

**RESPONSE:        None.**

(9):    Please provide all witness statements and statements of persons with knowledge of relevant facts.

**RESPONSE:        None that Plaintiff is aware of.**

(10):    Please provide all medical records and bills that are reasonably related to the injuries or damages asserted.

**RESPONSE:        See Plaintiff's response to Request for Disclosure number 6**

(11):    The name, address, and telephone number of any person who may be designated as a responsible third party.

**RESPONSE:        None at this time.**

### Texas Rules of Civil Procedure 195.2
#### EXPERT DISCLOSURE AND DESIGNATION OF NON-RETAINED MEDICAL RELATED EXPERTS

##### PRELIMINARY STATEMENT

It is the specific intention of Plaintiff in filing this Designation of Expert Witnesses to supplement each and every discovery request propounded by Defendant which pertains to expert witnesses. To that extent, Plaintiff relies on and incorporates this designation as his supplemental answers to discovery requests propounded by Defendant.

Plaintiff reserves the right to elicit, by way of direct examination or cross-examination, the opinion testimony from experts designated and called by other parties to this lawsuit. Plaintiff expresses his intention to possibly call as witnesses, any experts designated by Defendant. In so cross-designating Defendant's experts as witnesses Plaintiff may call, this shall not be deemed as an acknowledgement that such witnesses are qualified as experts in their respective fields of specialty or in the areas for which Defendant may elicit testimony.

*Rodriguez v Bergelectric* - P'S REQUIRED DISCLOSURES    6



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

This designation is intended to provide a basic summary of the opinions which Plaintiff anticipates these witnesses will offer. It is not intended to be an exhaustive or complete recitation of each and every opinion or belief that these witnesses may offer. Many opinions may be offered in response to questions posed by opposing counsel and cannot reasonably be anticipated until such time as the expert is deposed or questioned at the time of trial. Accordingly, pursuant to Texas Rule of Civil Procedure 195.2, Plaintiff provides herein the subject matter on which the experts will testify; the general substance of any retained expert's mental impressions and opinions and a brief summary of the basis thereof and/or documents/records of non-retained experts, reflecting the same. Further, Plaintiff offers a reasonable opportunity, consistent with the Rules, for any of these witnesses to be deposed.

Plaintiff reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be a benefit to the jury to determine material issues of fact, and which would not violate any existing Court order or the Texas Rules of Civil Procedure.

With respect to any individual identified as an expert herein, Plaintiff has not determined the expert witnesses who will be called at the time of trial. Plaintiff reserves the right to call or not to call such experts based upon a determination by his lawyers as to whether the testimony is duplicative, necessary or unnecessary.

Plaintiff reserves the right to supplement this designation as additional information becomes available.

Plaintiff designates the following expert witnesses who may testify at the time of trial:

The following experts are non-retained treating doctors and/or other healthcare providers who may testify to the causal relationship between the incident in question and the injuries to the Plaintiff; the duration and severity thereof; and the pain, suffering, impairment and/or disabilities there from. Furthermore, they may testify as to the absence of any other causes thereof. Also, they may testify as to the treatment rendered to the Plaintiff; the necessity thereof; and the usual and customary charge of said treatment in the geographical region where it was rendered and the reasonableness thereof. They will also testify as to any future medical care that will be necessitated as a result of the incident in question, the usual and customary charge for said treatment in the geographical region where it is to be rendered and the reasonableness thereof. Finally, the listed


True and correct copy of original Filed in the Reeves County District Clerks Office

providers will testify as to the effect of the Plaintiff's injuries upon his ability to work in the past and in the future.

These experts are not retained by, employed by or otherwise under the control of the Plaintiff. The general substance of these experts' mental impressions and opinions and a brief summary of the basis thereof are reflected in any deposition testimony and/or their medical records and bills, which have or will be exchanged in the discovery of this cause. For those witnesses listed below who have given deposition testimony or who will provide deposition testimony, Plaintiff incorporates by reference the depositions as if set forth verbatim in this designation.

### NON-RETAINED MEDICAL RELATED EXPERTS:

**\*Anesthesia Medical Group**
**4519 N. Garfield, Ste. 15**
**Midland, Texas 79705**
**T: 432.699.0306**

**\*Big Bend Regional Medical Center**
**Daniel Vandelune, MD**
**Donald Kash, MD**
**MM Bride PT DPT**
**2600 Highway 118 North**
**Alpine, Texas 79830-2002**
**432.837.3447**

**\*Sun City Orthopedic & Hand Surgery Specialists**
**Daniel Vande Lune, MD**
**820 E. Redd Rd. Bldg. B**
**El Paso, Texas 79912**
**915.581.0712**

**\*Texas Surgical Center**
**Pamela Doughty, PA-C**
**Ryan Rowland, MDRR**
**J. Brooks, MD**
**Dr. Klunick**
**5609 Deauville Blvd.**
**Midland, Texas 79706-2870**
**432.699.4224**


True and correct copy of original Filed in the Reeves County District Clerks Office

**\*West Texas Imaging Center**
**Sajjadul Islam, MD**
**320 N. Muskingum**
**Odessa, Texas 79761**
**432.580.054**

**\*Urgent Orthopedic Specialists**
**Donald Floyd, MD**
**Ryan Roland, MD**
**4304 Andrews Highway**
**Midland Texas 79703**
**T: 432.520.3020**

**\*NOVA Medical**
**Leroy Paul Foster, MD**
**Teresa Martin, PA**
**Bryan Joseph Novasad, MD**
**500 E 4th Stret**
**Odessa, Texas 79761**
**432.279.1401**

Plaintiff reserves the right to supplement this designation as Plaintiff continues to receive medical treatment.



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

# 143RD JUDICIAL DISTRICT COURT

## REEVES COUNTY, TEXAS

Tel: (432) 943-2749                                                                    Fax (432) 943-5718

April 27, 2023

RAHUL MALHOTRA
THE MALHOTRA LAW FIRM
319 N. GRANT
ODESSA, TX 79761
FAX: (432)337-7383

CARL H. GREEN
MOUNCE, GREEN, MYERS, SAFI, PAXSON &
GALATZAN
P. O. DRAWER 1977
EL PASO, TX 79950-1977
FAX: (915)541-1597

RAYMOND BENAVIDES III
MOUNCE, GREEN, MYERS, SAFI, &
GALATZAN
P.O. DRAWER 1977
EL PASO, TX 79950-1977
FAX: (915)541-1597

RE: Cause No. 23-03-24683-CVR                 143rd District Court, Reeves County

Style:   **JOSE RODRIGUEZ**
          **VS.**
          **BERGELECTRIC CORP.**

Dear Counsel:

The above case is set for **jury trial** in the District Courtroom of the Reeves County Courthouse in Pecos, Texas, the week beginning

### JUNE 3, 2024 AT 9:00 A.M.

FURTHER, the attorneys in this case are directed (i) **to hold a status conference** and (ii) **to file a written joint status report** by

### JULY 26, 2023 AT 5:00 P.M.

in accordance with the terms of the Order for Joint Status Report filed in this case, a copy of which is attached.

**Acting under Rule of Civil Procedure 190.4 the Court hereby adopts discovery under Rule of Civil Procedure 190.3 with the following modification:**

1. All parties shall be joined herein by the date of the Joint Status Report is due, except as permitted when a responsible third party is designated.

2. All responsible third parties known to a party or attorney or which should be known through the exercise of reasonable diligence shall be designated on or before the date of the Joint Status Report is due. No additional parties shall be joined or responsible third parties named without leave of court and good cause shown after the date the Joint Status Report is due. If a responsible third party is named less than thirty days before the date of the Joint Status Report is due, all other parties shall have forty-five days to join that party without leave of court.


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

The report shall be filed with the District Clerk with a copy mailed to Belle Armendariz, Court Administrator, 400 S. Allen, Suite 200, Monahans, TX 79756 OR faxed to (432) 943-5718.

MIKE SWANSON, JUDGE PRESIDING
143RD JUDICIAL DISTRICT
REEVES COUNTY, TEXAS

Cause No. 23-03-24683-CVR
Page 2



True and correct copy of original Filed in the Reeves County District Clerks Office



IN THE 143RD JUDICIAL DISTRICT COURT
LOVING, REEVES & WARD COUNTIES
STATE OF TEXAS



CAUSE NO. _23-03-24683-CVR_

ORDER FOR JOINT STATUS REPORT

The attorneys in this case are directed (i) to hold a status conference and (ii) to file a joint status report on or before the date shown on the attached Notice.

The purpose of the status report is to acquaint the Court with the nature of the case and to permit a realistic and prompt schedule for disposition of this case by the trial date the Court has established.

The status report shall cover the following:

1. The nature of the case, including a brief statement of the contentions of the parties.

2. All pending or contemplated motions, including any challenges to jurisdiction or venue.

3. An estimate of the time needed to complete discovery, with a brief description of the discovery completed and the discovery contemplated.

4. Any problems with the trial date, estimated length of trial, and whether the case is jury or non-jury. Any jury demand shall be made and the jury fee paid before the date the joint status report is due or filed, or a jury trial shall be deemed waived.

5. Prospects for settlement and the present status of settlement negotiations.

6. Any other matters which might be relevant to the disposition of this case or which may require a conference with the court.

Each attorney has an equal responsibility to see that the status conference is held. The plaintiff's attorney shall prepare, circulate for signature, and file the joint status report [which is to describe any disputes between counsel about the matters covered by the joint report]. If any attorney shall fail or refuse to sign the joint status report, the report shall be filed by the plaintiff's attorney.

If the attorney for either party does not participate in the status conference, or if a joint report is not prepared, or not signed by all attorneys, the opposing attorney is to file a separate status report with an explanation of why the joint status reort was not submitted. In this event, sanctions - including dismissal, striking of pleadings, default or other appropriate action - may be imposed.

The report is simple, so the time will not be extended except upon written request.

The report shall be filed with the District Clerk with a photocopy mailed to Belle Armendariz, Court Administrator, 400 S. Allen, Suite 200, Monahans, Texas 79756 or faxed to (432) 943-5718.

_Mike Swanson_

**MIKE SWANSON, JUDGE PRESIDING**

True and correct copy of original Filed in the Reeves County District Clerks Office

6/22/2023 11:59 am
Julia Perez
DistrictClerk
Reeves County, Texas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP. | § | |
| *Defendant.* | § | |
| | § | REEVES COUNTY, TEXAS |

---

### PLAINTIFF'S CERTIFICATE OF FILING OF BILLING AND MEDICAL RECORDS BY AFFIDAVIT

---

I hereby certify that on the 23rd day of June 2023 in the above-entitled and numbered cause, a true and correct copy of the affidavits for services rendered to **JOSE RODRIGUEZ**, listed below, were served upon counsel of record.

1. Affidavit of Billing Records & Cost: **Anesthesia Medical Group**

2. Affidavit of Billing Records & Cost: **Big Bend Regional Medical Center**

3. Affidavit of Medical Records: **Big Bend Regional Medical Center**

4. Affidavit of Billing Records & Cost: **NOVA Medical Center**

5. Affidavit of Medical Records: **NOVA Medical Center**

6. Affidavit of Billing Records & Cost: **Sun City Orthopedic & Hand Surgery Specialists**

7. Affidavit of Medical Records: **Sun City Orthopedic & Hand Surgery Specialists**

8. Affidavit of Billing Records & Cost: **Texas Surgical Center**

9. Affidavit of Medical Records: **Texas Surgical Center**

10. Affidavit of Billing Records & Cost: **Urgent Orthopedic Specialists**

11. Affidavit of Medical Records: **Urgent Orthopedic Specialists**

12. Affidavit of Billing Records & Cost: **West Texas Imaging Center**

13. Affidavit of Medical Records: **West Texas Imaging Center**



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

14. Affidavit of Billing Records & Cost:     **Injured Workers Pharmacy**

15. Affidavit of Billing Records & Cost:     **Midland Memorial Hospital**

16. Affidavit of Medical Records:     **Midland Memorial Hospital**

17. Affidavit of Billing Records & Cost:     **Southwest Medical Imaging (SWM)**

Respectfully submitted,

**KRW LAWYERS**
19122 US HWY 281 North, Ste. 324
San Antonio, Texas 78258
T: (210) 490-4357 | F:(210) 490-8372
*Rahul@krwlawyers.com*
*Scott@krwlawyers.com*
*Arlette@krwlawyers.com*

By:*/s/ Rahul Malhotra,*
     RAHUL MALHOTRA
     Texas Bar No. 00797781
     SCOTT WESTLUND
     Texas Bar No. 00791906
     **ATTORNEYS FOR PLAINTIFF**

True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the *Texas Rules of Civil Procedure* on the 23rd day of June 2023.

***Via E-Serve/File:***

Carl H. Green     *green@mgmsg.com*
Raymond Benavides, III  *rbenavides@mgmsg.com*
MOUNCE, GREEN, MYERS,
SAFI, PAXON & GALATZAN
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79950-1977

***Attorneys for Defendant***

*/s/Rahul Malhotra,*
RAHUL MALHOTRA
ATTORNEY FOR PLAINTIFF

*Jose Rodriguez v. Bergelectric Corp.*— P'S CERT FILING MED AFFIDAVITS



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS                    §
                                  §
COUNTY OF **Midland**             §

**Toya Bishop** _____ appeared in person before me today and stated under oath:

"1.    My name is **Toya Bishop** _____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **Anesthesia Medical Group**. Attached are ___**3**___ pages of records pertaining to Jose Rodriguez from **Anesthesia Medical Group** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Anesthesia Medical Group** provided to and charged **Jose Rodriguez** on 12/9/11 & 12/5/22 dates.

"3.    These ___**3**___ pages of records are kept by **Anesthesia Medical Group** in the regular course of business, and it was the regular course of business of **Anesthesia Medical Group** for an employee or representative of **Anesthesia Medical Group**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ 1,022.27 . The amount currently unpaid, but which **Anesthesia Medical Group** has the right to be paid, after any adjustments or credits, is $ —0— ."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on **March 9** _____, 2023.

_____
Notary Public, State of Texas

[Seal]



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**STATE OF TEXAS** §

**COUNTY OF** Brewster §
§

_____ appeared in person before me today and stated under oath:

"1.      My name is Brandy Barrow . I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.      I am the custodian of the records of medical billing records of **Big Bend Regional Medical Center**. Attached are _____9_____ pages of records pertaining to **Jose Rodriguez** from **Big Bend Regional Medical Center** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Big Bend Regional Medical Center** provided to and charged **Jose Rodriguez** on 9-24-21 to 3-1-23 dates.

"3.      These _____9_____ pages of records are kept by **Big Bend Regional Medical Center** in the regular course of business, and it was the regular course of business of **Big Bend Regional Medical Center** for an employee or representative of **Big Bend Regional Medical Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.      The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.      The total amount paid for the services was $ 3613.63 . The amount currently unpaid, but which **Big Bend Regional Medical Center** has the right to be paid, after any adjustments or credits, is $ 4104.50 ."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on 9-June 2023, 2022.

_____
Notary Public, State of Texas

R. M. TERRAZAS
My Notary ID # 126527383
Expires April 20, 2027



True and correct copy of original Filed in the Reeves County District Clerks Office

### MEDICAL RECORDS AFFIDAVIT

STATE OF TEXAS        §
                      §
COUNTY OF ___Brewster___ §

___Johnathan Gibbs___ appeared in person before me today and stated under oath:

"1.    My name is ___Johnathan Gibbs___ . I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct. *to the best of my knowledge*

                         *PA workforce member acting as Medical Record agent*

"2.    I am the custodian of the records of **Big Bend Regional Medical Center**. Attached are  38  pages of records pertaining to **Jose Rodriguez** from **Big Bend Regional Medical Center**, and are part of this Affidavit. These ___34___ pages of records are kept by **Big Bend Regional Medical Center** in the regular course of business, and it was the regular course of business of **Big Bend Regional Medical Center** for an employee or representative of **Big Bend Regional Medical Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

Further, AFFIANT sayeth naught.



AFFIANT'S NAME:

SIGNED under oath before me on _09 January_ , ~~2022~~ 2023.

Notary Public, State of Texas

[Seal]
R M TERRAZAS
Notary ID #1320092527
My Commission Expires
July 19, 2023



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

### MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS        §
                             §

COUNTY OF __Harris__       §

___Cynthia Hamm___ appeared in person before me today and stated under oath:

"1.    My name is ___Cynthia Hamm___. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **NOVA Medical Centers - Odessa**. Attached are ___25___ pages of records pertaining to **Jose Rodriguez** from **NOVA Medical Centers - Odessa** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **NOVA Medical Centers - Odessa** provided to and charged **Jose Rodriguez** on _6/9/2021 to 4/24/2023_ dates.

"3.    These ___25___ pages of records are kept by **NOVA Medical Centers - Odessa** in the regular course of business, and it was the regular course of business of **NOVA Medical Centers - Odessa** for an employee or representative of **NOVA Medical Centers - Odessa**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ _10778.08_ . The amount currently unpaid, but which **NOVA Medical Centers - Odessa** has the right to be paid, after any adjustments or credits, is $ _199.84_ ."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on ___May 15___, ~~2022~~.
                                                  2023

_____
Notary Public, State of Texas

DAMICA AMOS
Notary ID #128906406
My Commission Expires
November 16, 2026



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## MEDICAL RECORDS AFFIDAVIT

STATE OF TEXAS                    §
                                 §
COUNTY OF __Harris_____     §

__Cynthia Hamm_____ appeared in person before me today and stated under oath:

"1.    My name is __Cynthia Hamm_____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of **NOVA Medical Centers - Odessa**. Attached are __189___ pages of records pertaining to **Jose Rodriguez** from **NOVA Medical Centers - Odessa**, and are part of this Affidavit. These __189___ pages of records are kept by **NOVA Medical Centers - Odessa** in the regular course of business. and it was the regular course of business of **NOVA Medical Centers - Odessa** for an employee or representative of **NOVA Medical Centers - Odessa**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on __February 1, 2023_____, 202**3**.

DAMICA AMOS
Notary ID #128906406
My Commission Expires
November 16, 2026

_____
Notary Public, State of Texas



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

### MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS                           §
                                         §
COUNTY OF El Paso _____                   §

_Yoli Torres_____ appeared in person before me today and stated under oath:

"1.     My name is _Yoli Torres_____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.     I am the custodian of the records of medical billing records of **Sun City Orthopaedic & Hand Special Surgery Specialists**. Attached are ___1___ pages of records pertaining to **Jose Rodriguez** from **Sun City Orthopaedic & Hand Special Surgery Specialists** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Sun City Orthopaedic & Hand Special Surgery Specialists** provided to and charged **Jose Rodriguez** on _____ dates.

"3.     These ___1___ pages of records are kept by **Sun City Orthopaedic & Hand Special Surgery Specialists** in the regular course of business, and it was the regular course of business of **Sun City Orthopaedic & Hand Special Surgery Specialists** for an employee or representative of **Sun City Orthopaedic & Hand Special Surgery Specialists**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.     The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.     The total amount paid for the services was $ _301.43_. The amount currently unpaid, but which **Sun City Orthopaedic & Hand Special Surgery Specialists** has the right to be paid, after any adjustments or credits, is $ _-0-_."

Further, AFFIANT sayeth naught.

_Yoli James_____
AFFIANT'S NAME:

SIGNED under oath before me on _March, 03____, 2022.

[Seal]

CYNTHIA G TORRES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/17/27
NOTARY ID 13414878-9

_____
Notary Public, State of Texas

True and correct copy of original Filed in the Reeves County District Clerks Office

---

### MEDICAL RECORDS AFFIDAVIT

---

STATE OF TEXAS §
§
COUNTY OF _El Paso_ §

_____Voli Torres_____ appeared in person before me today and stated under oath:

"1.     My name is _Voli Torres_____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.     I am the custodian of the records of **Sun City Orthopaedic & Hand Surgery Specialists**. Attached are __8__ pages of records pertaining to **Jose Rodriguez** from **Sun City Orthopaedic & Hand Surgery Specialists**, and are part of this Affidavit. These __8__ pages of records are kept by **Sun City Orthopaedic & Hand Surgery Specialists** in the regular course of business, and it was the regular course of business of **Sun City Orthopaedic & Hand Surgery Specialists** for an employee or representative of **Sun City Orthopaedic & Hand Surgery Specialists**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further, AFFIANT sayeth naught.



AFFIANT'S NAME:

SIGNED under oath before me on _March, 03_____, 202̶2̶3

[Seal]                                   _____
Notary Public, State of Texas



CYNTHIA G TORRES
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/17/27
NOTARY ID 13414578-9

True and correct copy of original Filed in the Reeves County District Clerks Office

## MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF Midland §

Jessica Rubio appeared in person before me today and stated under oath:

"1.    My name is Jessica Rubio. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **Texas Surgical Center**. Attached are __1__ pages of records pertaining to **Jose Rodriguez** from **Texas Surgical Center** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Texas Surgical Center** provided to and charged **Jose Rodriguez** on 12/9/2021 & 12/6/2 dates.

"3.    These __1__ pages of records are kept by **Texas Surgical Center** in the regular course of business, and it was the regular course of business of **Texas Surgical Center** for an employee or representative of **Texas Surgical Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ 5,897.04. The amount currently unpaid, but which **Texas Surgical Center** has the right to be paid, after any adjustments or credits, is $ 0."

Further, AFFIANT sayeth naught.



AFFIANT'S NAME:

SIGNED under oath before me on March 29th, 2023.

[Seal]                                            Notary Public, State of Texas

SIERRA MONIQUE PEREZ
Notary Public, State of Texas
Comm. Expires 01-18-2027
Notary ID 134151264



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## MEDICAL RECORDS AFFIDAVIT

STATE OF TEXAS            §
                          §
COUNTY OF __Midland__     §

___Jessica Rubio___ appeared in person before me today and stated under oath:

"1.   My name is ___Jessica Rubio___. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.   I am the custodian of the records of **Texas Surgical Center**. Attached are ___57___ pages of records pertaining to **Jose Rodriguez** from **Texas Surgical Center**, and are part of this Affidavit. These ___57___ pages of records are kept by **Texas Surgical Center** in the regular course of business, and it was the regular course of business of **Texas Surgical Center** for an employee or representative of **Texas Surgical Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further, AFFIANT sayeth naught.

AFFIANT'S NAME:

SIGNED under oath before me on ___March 29th___, 2023.

[Seal]                    Notary Public, State of Texas



SIERRA MONIQUE PEREZ
Notary Public, State of Texas
Comm. Expires 01-18-2027
Notary ID 134151264



True and correct copy of original Filed in the Reeves County District Clerks Office

STATE OF TEXAS                              §

COUNTY OF Midland                          §
                                           §
Sharmila Sanchez _____ appeared in person before me today and stated under oath:

"1.    My name is Sharmila Sanchez _____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **Urgent Orthopedic Specialists**. Attached are 7 pages of records pertaining to **Jose Rodriguez** from **Urgent Orthopedic Specialists** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Urgent Orthopedic Specialists** provided to and charged **Jose Rodriguez** on 6-9-21 to 5-22-23 dates.

"3.    These 61 pages of records are kept by **Urgent Orthopedic Specialists** in the regular course of business, and it was the regular course of business of **Urgent Orthopedic Specialists** for an employee or representative of **Urgent Orthopedic Specialists**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ 6170.99. The amount currently unpaid, but which **Urgent Orthopedic Specialists** has the right to be paid, after any adjustments or credits, is $ 1.55 ." (12344.47 in error see attached)

Further, AFFIANT sayeth naught.

AFFIANT'S NAME:

SIGNED under oath before me on May 22 , 2023

Notary Public, State of Texas

[Seal]



CANDACE SUE REIN
Notary ID #131851156
My Commission Expires
January 24, 2027



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## MEDICAL RECORDS AFFIDAVIT

STATE OF TEXAS       §
                      §

COUNTY OF Midland    §

Sharmila Sanchez appeared in person before me today and stated under oath:

"1.    My name is Sharmila Sanchez . I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

 "2.    I am the custodian of the records of **Urgent Orthopedic Specialists**. Attached are 61 pages of records pertaining to **Jose Rodriguez** from **Urgent Orthopedic Specialists**, and are part of this Affidavit. These 61 pages of records are kept by **Urgent Orthopedic Specialists** in the regular course of business, and it was the regular course of business of **Urgent Orthopedic Specialists** for an employee or representative of **Urgent Orthopedic Specialists**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on January 30th , 2022.

_____
Notary Public, State of Texas

ATHENA KOCH
Notary Public, State of Texas
Comm. Expires 05-11-2026
Notary ID 11538252



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS                                      §
                                                   §
COUNTY OF _Ector_                                  §

_Brenda Piedra_ _____ appeared in person before me today and stated under oath:

"1.    My name is _Brenda Piedra_ _____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **West Texas Imaging Center**. Attached are ___1___ pages of records pertaining to **Jose Rodriguez** from **West Texas Imaging Center** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **West Texas Imaging Center** provided to and charged **Jose Rodriguez** on _7/13/2021_ dates.

"3.    These ___1___ pages of records are kept by **West Texas Imaging Center** in the regular course of business, and it was the regular course of business of **West Texas Imaging Center** for an employee or representative of **West Texas Imaging Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ _769.00_. The amount currently unpaid, but which **West Texas Imaging Center** has the right to be paid, after any adjustments or credits, is $ _Ø_."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on _January 9_____, 2022.

[Seal]
Rachel Garcia
My Commission Expires
5/12/2026
Notary ID
133766940

_Rachel Garcia_____
Notary Public, State of Texas


True and correct copy of original Filed in the Reeves County District Clerks Office

## MEDICAL RECORDS AFFIDAVIT

STATE OF TEXAS                    §
                                 §
COUNTY OF _Ector_                §

_Brenda Piedra_ _____ appeared in person before me today and stated under oath:

"1.    My name is _Brenda Piedra_ _____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of **West Texas Imaging Center**. Attached are _2_ pages of records pertaining to **Jose Rodriguez** from **West Texas Imaging Center**, and are part of this Affidavit. These _2_ pages of records are kept by **West Texas Imaging Center** in the regular course of business, and it was the regular course of business of **West Texas Imaging Center** for an employee or representative of **West Texas Imaging Center**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on _January 9_ _____, 2022.

_Rachel Garcia_ _____
Notary Public, State of Texas

Rachel Garcia
My Commission Expires
5/12/2026
Notary ID
133768940



True and correct copy of original Filed in the Reeves County District Clerks Office

### MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF ~~TEXAS~~ Massachusetts      §
    §
COUNTY OF   Essex      §

_____ Jennifer Holland _____ appeared in person before me today and stated under oath:

"1.    My name is _____ Jennifer Holland _____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **Injured Workers Pharmacy**. Attached are ___ 61 ___ pages of records pertaining to **Jose Rodriguez** from **Injured Workers Pharmacy** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Injured Workers Pharmacy** provided to and charged **Jose Rodriguez** on 10/22/2021 to Present dates.

"3.    These ___ 61 ___ pages of records are kept by **Injured Workers Pharmacy** in the regular course of business, and it was the regular course of business of **Injured Workers Pharmacy** for an employee or representative of **Injured Workers Pharmacy**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $ ___ 7,240.91 ___. The amount currently unpaid, but which **Injured Workers Pharmacy** has the right to be paid, after any adjustments or credits, is $ ___ 1,955.77 ___."

Further, AFFIANT sayeth naught.

_____ *Jennifer Holland* _____
AFFIANT'S NAME:

SIGNED under oath before me on ___ March 23rd ___, 2023.

[Seal]

Notary Public, State of ~~Texas~~ Massachusetts



**NOSHIN R. DE SILVA**
**Notary Public**
**Commonwealth of Massachusetts**
**My Commission Expires**
**April 21, 2028**

True and correct
copy of original
Filed in the Reeves
County District Clerks Office

From: Kalie Kersten     Fax: 12104508372     To: 4322211190@rcfax.com     Fax: (432) 221-1190     Page: 4 of 5     05/19/2023 11:53 AM

1-142113u

## MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF TEXAS                    §
                                  §
COUNTY OF __Midland__             §

__Paula Yates_____ appeared in person before me today and stated under oath:

"1.    My name is __Paula Yates_____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.    I am the custodian of the records of medical billing records of **Midland Memorial Hospital**. Attached are _____ pages of records pertaining to **Jose Rodriguez** from **Midland Memorial Hospital** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Midland Memorial Hospital** provided to and charged **Jose Rodriguez** on __5-19-23__ dates.

"3.    These ___1___ pages of records are kept by **Midland Memorial Hospital** in the regular course of business, and it was the regular course of business of **Midland Memorial Hospital** for an employee or representative of **Midland Memorial Hospital**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.    The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.    The total amount paid for the services was $___0___. The amount currently unpaid, but which **Midland Memorial Hospital** has the right to be paid, after any adjustments or credits, is $__4512.00__."

Further, AFFIANT sayeth naught.

_____
AFFIANT'S NAME:

SIGNED under oath before me on __May 31_____, 2023.

_____
Notary Public, State of Texas

[Seal: GEORGIA R. WOOLIS
Notary Public, State of Texas
Comm. Expires 10-12-2025
Notary ID 133386263]

[Stamp: True and correct copy of original Filed in the Reeves County District Clerks Office]

05/19/2023    11:57AM (GMT-05:00)

# AFFIDAVIT OF MEDICAL RECORDS

THE STATE OF TEXAS                    §
                                      §
COUNTY OF MIDLAND                         §

     Before me, the undersigned authority, personally appeared <u>Cheryl Craig, HIM Director</u> who, being duly sworn deposed as follows:

     My name is <u>**Cheryl Craig, HIM Director**</u> I am of sound mind, capable of making this affidavit, and personally acquainted with the fact herein stated:

     I am the custodian of records for <u>Midland Memorial Hospital</u> attached hereto are <u>28</u> pages on <u>1</u> CD(s) of medical records pertaining to <u>Jose Rodriguez</u> . *These said pages are kept in the regular course of business, and it was in the regular course for an employee or* representative of <u>Midland Memorial Hospital</u>, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonable soon thereafter.

     The records attached hereto are originals or exact duplicates of originals and nothing has been removed from the original files before making copies.

_____
CUSTODIAN OF RECORDS

SWORN TO AND SUBSCRIBED before me on the 15th day of June , 20 23

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: 1-3-2024

CASSI ROMO
Notary Public, State of Texas
Comm. Expires 01-03-2024
Notary ID 132311238



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

### MEDICAL BILLING RECORDS AND COSTS AFFIDAVIT

STATE OF ~~TEXAS~~ OHIO                                      §
                                                            §
COUNTY OF FRANKLIN                                          §

____Cindy C. Parkus_____ appeared in person before me today and stated under oath:

"1.      My name is __Cindy C. Parkus_____. I am over the age of 18 years of age, of sound mind. I have personal knowledge of the facts stated herein. Further, all the facts contained herein are true and correct.

"2.      I am the custodian of the records of medical billing records of **Southwest Medical Imaging (SWM)**. Attached are _1 (one)_ pages of records pertaining to **Jose Rodriguez** from **Southwest Medical Imaging (SWM)** and are part of this Affidavit. The records provide an itemized statement of the services and the charge for the services that **Southwest Medical Imaging (SWM)** provided to and charged **Jose Rodriguez** on 5/19/23 - 5/19/23 dates.

"3.      These _1 (one)_ pages of records are kept by **Southwest Medical Imaging (SWM)** in the regular course of business, and it was the regular course of business of **Southwest Medical Imaging (SWM)** for an employee or representative of **Southwest Medical Imaging (SWM)**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit such information to be included in the record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

"4.      The services provided were necessary. The amount charged for the services was reasonable at the time and place it was provided.

"5.      The total amount paid for the services was $ 0.00_____. The amount currently unpaid, but which **Southwest Medical Imaging (SWM)** has the right to be paid, after any adjustments or credits, is $ 268.00_____."

Further, AFFIANT sayeth naught.

_Cindy C. Parkus_
AFFIANT'S NAME:

SIGNED under oath before me on _June 14_____, 2023.

_Lauren_____
Notary Public, State of _Ohio_

[Seal]



LAUREN NELSON
Notary Public
State of Ohio
My Comm. Expires
March 26, 2028



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

6/22/2023 12:03 pm
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP. | § | |
| *Defendant.* | § | |
| | § | REEVES COUNTY, TEXAS |

---

### PLAINTIFF'S NOTICE OF MEDICAL AND BILLING RECORD AFFIDAVITS

---

Plaintiff provides notice, as required by Texas Rule of Evidence 902(10), that he has filed with the Court affidavits with the business records that Plaintiff intends to introduce at trial.

### RULE 902(10) NOTICE

a. Plaintiff filed medical and billing records affidavits under Rule 902(10), with the clerk of the court for inclusion with the papers in this case.

b. This notice is provided to the other party promptly after filing the affidavits and records. Notice is served according to Texas Rule of Civil Procedure 21a, at least 14 days before the commencement of trial.

c. The Affiant and the Custodian of Records for the person making the affidavits are the following:

1. **Affidavit of Billing Records & Cost:** **Anesthesia Medical Group**
   Affiant: Toya Bishop
   Custodian of Records for: Anesthesia Medical Group
   Dated: March 9, 2023

2. **Affidavit of Billing Records & Cost:** **Big Bend Regional Medical Center**
   Affiant: Brandy Barrow
   Custodian of Records for: Big Bend Regional Medical Center
   Dated: June 9, 2023

3. **Affidavit of Medical Records:** **Big Bend Regional Medical Center**
   Affiant: Johnathan Gibbs
   Custodian of Records for: Big Bend Regional Medical Center
   Dated: January 9, 2023


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

**4. Affidavit of Billing Record & Cost:**     **NOVA Medical Center**
Affiant:     Cynthia Hamm
Custodian of Records for:     NOVA Medical Center
Dated:     May 15, 2023

**5. Affidavit of Medical Records:**     **NOVA Medical Center**
Affiant:     Cynthia Hamm
Custodian of Records for:     NOVA Medical Center
Dated:     February 1, 2023

**6. Affidavit of Billing Record & Cost:**     **Sun City Orthopedic & Hand Surgery Specialists**
Affiant:     Yoli Torres
Custodian of Records for:     Sun City Orthopedic & Hand Surgery Specialists
Dated:     March 3, 2023

**7. Affidavit of Medical Records:**     **Sun City Orthopedic & Hand Surgery Specialists**
Affiant:     Yoli Torres
Custodian of Records for:     Sun City Orthopedic & Hand Surgery Specialists
Dated:     March 3, 2023

**8. Affidavit of Billing Record & Cost:**     **Texas Surgical Center**
Affiant:     Jessica Rubio
Custodian of Records for:     Texas Surgical Center
Dated:     March 29, 2023

**9. Affidavit of Medical Records:**     **Texas Surgical Center**
Affiant:     Jessica Rubio
Custodian of Records for:     Texas Surgical Center
Dated:     March 29, 2023

**10. Affidavit of Billing Record & Cost:**     **Urgent Orthopedic Specialists**
Affiant:     Sharmila Sanchez
Custodian of Records for:     Urgent Orthopedic Specialists
Dated:     May 22, 2023

**11. Affidavit of Medical Records:**     **Urgent Orthopedic Specialists**
Affiant:     Sharmila Sanchez
Custodian of Records for:     Urgent Orthopedic Specialists
Dated:     January 30, 2022

**12. Affidavit of Billing Record & Cost:**     **West Texas Imaging Center**
Affiant:     Brenda Piedra
Custodian of Records for:     West Texas Imaging Center
Dated:     January 9, 2022

**13. Affidavit of Medical Records:**     **West Texas Imaging Center**


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

| | |
|---|---|
| Affiant: | Brenda Piedra |
| Custodian of Records for: | West Texas Imaging Center |
| Dated: | January 9, 2022 |

**14. Affidavit of Billing Record & Cost:**      **Injured Workers Pharmacy**
     Affiant:      Jennifer Holland
     Custodian of Records for:      Injured Workers Pharmacy
     Dated:      March 23, 2023

**15. Affidavit of Billing Record & Cost:**      **Midland Memorial Hospital**
     Affiant:      Paula Yates
     Custodian of Records for:      Midland Memorial Hospital
     Dated:      May 31, 2023

**16. Affidavit of Medical Records:**      **Midland Memorial Hospital**
     Affiant:      Cheryl Craig
     Custodian of Records for:      Midland Memorial Hospital
     Dated:      June 15, 2023

**17. Affidavit of Billing Record & Cost:**      **Southwest Medical Imaging (SWM)**
     Affiant:      Cindy C. Parkus
     Custodian of Records for:      Southwest Medical Imaging (SWM)
     Dated:      June 14, 2023

The records have been provided to the attorney for the Defendant.

Respectfully submitted,

**KRW LAWYERS**
19122 US HWY 281 North, Ste. 324
San Antonio, Texas 78258
T: (210) 490-4357 | F:(210) 490-8372
*Rahul@krwlawyers.com*
*Scott@krwlawyers.com*
Arlette@krwlawyers.com

By: ***/s/Rahul Malhotra,***
     RAHUL MALHOTRA
     Texas Bar No. 00797781
     SCOTT WESTLUND
     Texas Bar No. 00791906
     **ATTORNEYS FOR PLAINTIFF**



True and correct
copy of original
Filed in the Reeves
County District Clerks Office



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the *Texas Rules of Civil Procedure* on the 23rd day of June 2023.

*Via E-Serve/File:*
Carl H. Green                *green@mgmsg.com*
Raymond Benavides, III    *rbenavides@mgmsg.com*
MOUNCE, GREEN, MYERS,
SAFI, PAXON & GALATZAN
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79950-1977

*Attorneys for Defendant*

/s/Rahul Malhotra,
RAHUL MALHOTRA
ATTORNEY FOR PLAINTIFF


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

7/18/2023 1:54 pm
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

## CERTIFICATE OF SERVICE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** BERGELECTRIC CORP., Defendant in the above-entitled and captioned cause and certifies that the following written discovery requests were served on Plaintiff on July 18, 2023

    1.    Defendant's Requests for Admission to Plaintiff.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully prays that the Court and all parties take notice of the Certificate, the date of service of the above and foregoing discovery requests, and that the Court grant Defendant such other and further relief, general or special, at law or in equity, to which Defendant may be justly entitled.



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79950-1977
Phone:  (915) 532-2000
Telefax: (915) 541-1597
Email:  rbenavides@mgmsg.com
Email:  green@mgmsg.com



By:   _____
Raymond Benavides, III
State Bar No. 00796192
Carl H. Green
State Bar No. 08347330

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

In compliance with Texas Rule of Civil Procedure 21a (e), I, Raymond Benavides, III, certify that on this 18th day of July, 2023, a true and correct copy of the foregoing document was emailed to the following counsel:

rahul@krwlawyers.com
arlette@krwlawyers.com
Rahul Malhotra, Esq.
Arlette Garcia
Attorneys for Plaintiff
19122 US Highway 281 North, Suite 324
San Antonio, Texas 78258



_____
Raymond Benavides, III



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

2

10449-407/RBEN/1742614

7/24/2023 8:16 am
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO.23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
|      *Plaintiff,* | § | |
| V. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP. | § | |
|      *Defendant.* | § | REEVES COUNTY, TEXAS |

## JOINT STATUS REPORT

**COME NOW**, Plaintiff, Jose Rodriguez, and Defendant, **Bergelectric Corp.,** who respectfully provide this Honorable Court with the following Status Report pursuant to the Court's request for same:

**1.     The nature of the case, including a brief statement of the contentions of the parties.**

**Plaintiff:** Defendant, at the time of the incident, owned, operated, managed, and maintained equipment at Reeves County Memorial Hospital, located at 2323 Texas Street, Pecos, Texas (generally, the "Premises"). On June 9, 2021, Plaintiff was a plumber employed by Rock City Mechanical at the Premises. On the date in question, Plaintiff used a ladder owned by Defendant and provide to him by the same, to conduct plumbing work at an area near the ceiling. While Plaintiff was on the 5th step of the ladder, it collapsed, causing Plaintiff to fall to the concrete floor. The ladder in question was in an unreasonably dangerous condition as it was structurally unsound.

**Defendant:**    Plaintiff's actions constitute the sole and or proximate cause of the incident in question.  Plaintiff was an employee of an independent contractor and Defendant did not supervise or control the Plaintiff or the means, manner, or method of his work.  At the time of the accident, Defendant was employed by and under the supervision of Rock City Mechanical. Defendant reserves the right to assert that Rock City Mechanical and its supervisors were the cause or a contributing cause of the occurrence and claimed damages.  Defendant also asserts

1


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

that Plaintiff and Rock City Mechanical did not have permission to use its ladder and Plaintiff and Rock City Mechanical did not advise Defendant that its ladder would be used by Plaintiff prior to the incident. Defendant has also invoked the standards of Texas Civil Practice and Remedies Code Section 18.091 relating to any claim for alleged lost earnings and Texas Civil Practice and Remedies Code Section 41.0105 relating to recoverable medical expenses.

**2.    All pending or contemplated motions, including any challenges to jurisdiction or venue.**

Removal. If it is established that Plaintiff is a Texas citizen, Defendant will attempt to move this case to Federal Court.

**3.    An estimate of the time needed to complete a discovery, with a brief description of the discovery completed and the discovery contemplated.**

The parties anticipate that discovery can be completed in 180 days. The parties have exchanged written discovery requests.

**4.    Any problems with the trial date, estimated length of trial, and whether the case is jury or non-jury. Any jury demand shall be made, and the jury fee paid before the date the joint status report is due or filed, or a jury trial shall be deemed waived.**

Due to above anticipated timeframe to complete discovery and difficulty locating Mr. Rodriguez, the current trial setting is problematic. The parties respectfully request that trial be continued for at least 90 days. Plaintiff has made a jury demand.

**5.    Prospects for settlement and the present status of settlement negotiations.**

The parties have not yet initiated settlement discussions, but it is anticipated that fruitful settlement negotiations will occur after the depositions of pertinent fact witnesses and the parties.

**6.    Any other matter which might be relevant to the disposition of this case or which may require a conference with the court.**

None at this time.

Respectfully Submitted,

2



RAHUL MALHOTRA
Texas Bar No. 00797781
KRW LAWYERS
19122 US HWY 281 North, Ste. 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8371
Email: Rahul@KRWLawyers.com
Email: Arlette@KRWLawyers.com

ATTORNEYS FOR PLAINTIF

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record on party in accordance with the *Texas Rules of Civil Procedure* on the 24th day of July 2023.

*Via E/File & E/Serve:*
MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN
Carl Green
Raymond Benavides, III,
P. O. Drawer 1977
El Paso, Texas 79950-1977
Email: Green@mgmsg.com
Email: rbenavides@mgmsg.com
*Counsel for Defendant Bergelectric Corp.*

/s/Rahul Malhotra,
RAHUL MALHOTRA
Attorneys at Law

3


True and correct copy of original Filed in the Reeves County District Clerks Office

9/5/2023 1:35 pm
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 143rd JUDICIAL DISTRICT |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendants. | § | REEVES COUNTY, TEXAS |
| | § | |

## ENTRY OF APPEARANCE

**COMES NOW** the law firm of Hartline Barger LLP (Angela S. Gordon), and hereby enters its appearance of record on behalf of the Defendant Bergelectric, Corp., in the above-entitled and numbered cause.

Respectfully submitted,

HARTLINE BARGER LLP

By: */s/ Angela S. Gordon*
  Angela S. Gordon
  State Bar No. 24027333
  141 E. Palace Ave., Suite 100
  Albuquerque, NM 87501
  (505) 336-5300
  agordon@hartlinebarger.com
  *Attorneys for Defendant Bergelectric, Corp.*



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2023, the foregoing was served electronically onto the following parties:

Rahul Malhorta, Esq
191202 US Highway 281 North, Ste. 324
San Antonio, TX 78258
rahul@krwlawyers.com
arlette@krwlawyers.com
*Attorney for Plaintiff*

HARTLINE BARGER LLP

*/s/ Angela S. Gordon*
Angela S. Gordon

2



True and correct copy of original Filed in the Reeves County District Clerks Office

9/12/2023 11:52 am
Julia Perez
DistrictClerk
Reeves County, Texas
Misty Thomas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 143RD JUDICIAL DISTRICT |
| | § | |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

CERTIFICATE OF WRITTEN DISCOVERY

1. Plaintiff's Answers and Objections to Defendant's Request for Admissions

Respectfully submitted,

KRW LAWYERS
19122 US Hwy 281, N. Suite 324
San Antonio, Texas 78258
T: (210) 490-4357 | F: (210) 490-8372
*rahul@krwlawyers.com*
*arlette@krwlawyers.com*

By: _____
Rahul Malhotra
State Bar No. 00797781
ATTORNEYS FOR PLAINTIFF


True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record on party in accordance with the *Texas Rules of Civil Procedure* on the 12th day of September, 2023.

*Via E-Filing:*
**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas 79950-1977
Phone:  (915) 532-2000
Telefax: (915) 541-1597
Email:  green@mgmsg.com
Email:  rbenavides@mgmsg.com
*Attorneys for Defendant*


_____

**RAHUL MALHOTRA**
**ATTORNEY FOR PLAINTIFF**


True and correct copy of original Filed in the Reeves County District Clerks Office

9/18/2023 2:50 PM
Julia Perez
DistrictClerk
Reeves County, Texas
Blanca Duenas

CAUSE NO. 23-03-24683-CVR

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 143rd JUDICIAL DISTRICT |
| BERGELECTRIC CORP., | § | |
| | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |
| | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW** the law firm of MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN, and hereby gives notice of the withdrawal of Carl H. Green and Raymond Benavides, III as counsel on behalf of the Defendant Bergelectric, Corp., in the above-entitled and numbered cause.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas  79950-1977
Phone:  (915) 532-2000
Telefax: (915) 541-1597
Email:  green@mgmsg.com



By: _____
Raymond Benavides, III
State Bar No. 00796192
Carl H. Green
State Bar No. 08347330

Attorneys for Defendant

1



True and correct
copy of original
Filed in the Reeves
County District Clerks Office

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2023, the foregoing was served electronically onto the following parties:

Rahul Malhorta, Esq
191202 US Highway 281 North, Ste. 324
San Antonio, TX 78258
rahul@krwlawyers.com
arlette@krwlawyers.com
*Attorney for Plaintiff*

Angela S. Gordon
141 E. Palace Ave., Suite 100
Santa Fe, New Mexico 87501
(505) 336-5300
agordon@hartlinebarger.com
*Attorney for Defendant Bergelectric Corp.*



_____   _____
                  Raymond Benavides, III



True and correct copy of original Filed in the Reeves County District Clerks Office

A CERTIFIED COPY
Attest: OCTOBER 3 , 20 23
District Clerk
JULIA PEREZ PUTNAM
Reeves County, Texas
No: 23-05-24083-CVR
By SRIVERA Deputy

2